LAW OFFICE OF RICCI & SPROULS
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Knechtel<br>LE, Mong Tha Thi<br><br>Petitioners;<br>v.<br><br>ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; United States Citizenship and Immigration Service {USCIS};CA Service Center, Laguna Niguel, CA 92607<br><br>Respondents | **ORDER ON MOTION FOR VOLUNTARY DISMISSAL OF PETIITION FOR WRIT OF MANDAMUS**<br><br>CV-12-2111 – RS |

Good cause appearing and based on the Petitioner's motion, the instant motion is herby granted and this matter is dismissed.

Dated: 6/22 _____ 2012

_____

United States District Court Judge

Motion fof Dismissal of PETITION FOR WRIT OF MANDAMUS Knechtel v. Holder, et al CV-12-2111 RS                                3